UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMANUEL CHRISTIAN PRICE, | No. 2:17-cv-2020 AC P |
| Plaintiff, | |
| v. | ORDER |
| EBLER, et al., | |
| Defendants. | |

By order filed April 21, 2020, the court screened the complaint and found that it did not state any claims for relief. ECF No. 13. Plaintiff was given thirty days to file an amended complaint and warned that failure to do so would result in dismissal of this action. Id. at 7. Thirty days have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the order.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the service of this order, plaintiff shall file an amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: June 9, 2020

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE